UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: James Dwyer

Debtor.

Chapter 13

Case No: 17-24506-beh

## MEDIATOR'S FINAL REPORT

Name of Debtor's Counsel: Attorney Richard A. Check

Name of Lender and Counsel: Ditech; Attorney Michael Holson

Property Address: W18398 Much Road, Tigerton, Wisconsin 54486

Last Four Digits of Account Number of Loan: 6280

Mediation Session Date (s): November 6, 2017

How long from the Date of Appointment of Mediator to Date of Final Report: __72__ days

*The use of the Court's Mortgage Modification Mediation Program has resulted in the following (please check appropriate box below):*

☐ Loan modification agreement has been reached.

    ☐ Lender will file: _____
    ☐ Debtor will file: _____

☑ No loan modification agreement has been reached during mediation.

    ☐ Debtor will file an amended plan within 14 days. **Debtor has been advised that failure to file a modified plan will result in a status conference with the Court at which the creditor may be granted relief from stay or the Chapter 13 case may be dismissed**

    ☐ Parties are continuing in direct negotiations outside of MMM.

    ☐ Parties are pursuing a short sale, surrender or deed in lieu of foreclosure.

☐ Other:

The filing of this *Mediator's Final Report* terminates the Mortgage Modification Mediation with respect to the loan identified above.

Dated: November 9, 2017

Signature: _Peggy L. Miller_, Mediator

[PRINT]